IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHNNY BALDONADO,

        Plaintiff,

vs.                                                      No. 16-cv-1264 WPL/SCY

THE SALVATION ARMY,

        Defendant.

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Joint Motion to Dismiss with Prejudice filed by Plaintiff Johnny Baldonado and Defendant The Salvation Army. The Court having considered the Motion, having been advised that this matter has been settled between Plaintiff Johnny Baldonado and Defendant The Salvation Army and otherwise being further advised that no disputes remain between them requiring resolution by this Court, FINDS that the Motion is well taken and should be **GRANTED.**

**IT IS THEREFIRE ORDERED, ADJUDGED AND DECREED** that Plaintiff Johnny Baldonado's Complaint and all of Plaintiff Johnny Baldonado's claims that have been or could have been brought in this case are hereby DISMISSED WITH PREJUDICE.

Each party shall bear its own costs and attorneys' fees.

                                        */s/ William P. Lynch*
                                        THE HONORABLE WILLIAM P. LYNCH

SUBMITTED AND APPROVED:

By: <u>Email Approval by Richard Marquez on 4-10-17</u>
      Richard R. Marquez
1121 4th St. NW, Suite 1-A
Albuquerque, NM 87102
Telephone: (505) 998-6600
*Attorneys for Plaintiff*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: *<u>Electronically Submitted by /s/ Michael E. Kaemper</u>*
      Michael E. Kaemper
      Margot A. Heflick
Post Office Box 1888
Albuquerque, New Mexico 87103
Telephone: 765-5900
mkaemper@rodey.com; mheflick@rodey.com
*Attorneys for Defendant The Salvation Army*